IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO DOMINGUEZ | ) | 8:03CV536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ABBOTT TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Abbott Transportation, Inc.'s motion to strike (Filing No. 74). The court finds the motion should be granted.

**IT IS HEREBY ORDERED** that Abbott Transportation, Inc.'s motion to strike (Filing No. 74) is granted and leave is granted to file the amended motion for new trial or motion for remittitur.

DATED this 17th day of June, 2005.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)