IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO DOMINGUEZ | ) | 8:03CV536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ABBOTT TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

      This matter is before the court on the parties' stipulation for extension of time to file responses (Filing No. 79).  The court finds the parties' request for an extension of time should be granted.

      **IT IS HEREBY ORDERED** that the parties' request for an extension of time to file responses (Filing No. 79) is granted.  Francisco Dominguez shall have until July 8, 2005 to file a response to Abbott Transportation, Inc.'s amended motion for new trial or motion for remittitur.  Abbott Transportation, Inc. shall have until July 21, 2005 to file a reply brief.

      DATED this 22nd day of June, 2005.

      BY THE COURT:

      s/ William Jay Riley
      United States Circuit Judge
      (Sitting by Designation)