IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO DOMINGUEZ | ) | 8:03CV536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ABBOTT TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Abbott Transportation, Inc.'s motion for new trial/motion for remittitur (Filing No. 72). The court finds oral argument shall be heard on this matter. Accordingly,

**IT IS ORDERED** that argument on the motion is scheduled before the undersigned on **July 26, 2005 at 3:00 p.m.,** in the Court of Appeals Courtroom, Fourth Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 29th day of June, 2005.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)