IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO DOMINGUEZ, | ) | 8:03CV536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| vs. | ) | **JUDGMENT** |
| | ) | |
| ABBOTT TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On August 11, 2005, this court held Abbott Transportation, Inc. was entitled to a new trial unless Francisco Dominguez agreed to a remittitur of the lost compensation award to $26,208. By notice of acceptance of remittitur filed August 22, 2005 (Filing No. 89), Francisco Dominguez accepted the remittitur.

**IT IS THEREFORE ORDERED AND ADJUDGED** that an amended judgment is entered in favor of the Plaintiff, Francisco Dominguez, and against the Defendant, Abbott Transportation, Inc., in the amount of $53,708, together with attorney's fees and costs of $29,380.56, with interest at the rate of 3.32 percent per annum, until paid in full, according to Local Rules.

DATED this 26th day of August, 2005.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)